THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVAN GELBER, Appellant.— Defendant appeals from a judgment of a City Magistrate sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn,

convicting him of leaving the scene of an accident, without reporting (Vehicle and Traffic Law, § 70, subd. 5-a). Judgment reversed on the law and the facts and information dismissed. The evidence is insufficient to establish guilt beyond a reasonable doubt. Nolan, P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur.